AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>DANIEL AUSTIN DUNN<br><br>*Defendant(s)* | Case No. 4:20MJ385 |

**FILED**
JUN 08 2020
Clerk, U.S. District Court
Texas Eastern

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 25, 2020 to June 8, 2020** in the county of **Denton Denton** in the **Eastern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 875(c) | Transmission of a Threat to Injure in Interstate or Foreign Commerce |

This criminal complaint is based on these facts:

See the attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jeff Cotner, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/8/2020 6:30pm

_____
*Judge's signature*

City and state: Sherman, Texas

Christine A. Nowak, Magistrate Judge
*Printed name and title*